People v Williams (2024 NY Slip Op 05462)

People v Williams

2024 NY Slip Op 05462

Decided on November 6, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 6, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
LARA J. GENOVESI
DEBORAH A. DOWLING
LILLIAN WAN
JAMES MCCORMACK, JJ.

2021-01721
2021-01723

[*1]The People of the State of New York, respondent,
v
Joseph Williams, appellant. (Ind. Nos. 627/19, 2832/20)

Patricia Pazner, New York, NY (Elijah Giuliano of counsel), for appellant.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill and Danielle S. Fenn of counsel; Ann Marie Turton on the memorandum), for respondent.

DECISION & ORDER
Appeals by the defendant, as limited by his motion, from two sentences of the Supreme Court, Queens County (John F. Zoll, J.), both imposed December 22, 2022, upon his pleas of guilty, on the ground that the fines imposed as part of the sentences were excessive.
ORDERED that the sentences are affirmed.
Contrary to the defendant's contention, the fines imposed as part of the sentences were not excessive (see People v Suitte , 90 AD2d 80).
IANNACCI, J.P., GENOVESI, DOWLING, WAN and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court